## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Michael Ehrhardt,

vs.

Complete Mechanical Services.

**07CV6246**
**JUDGE SHADUR**
**MAG. JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

the Plaintiff, Michael Ehrhardt

| | |
|---|---|
| NAME (Type or print)<br>George S. Frederick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>MIRABELLA, KINCAID, FREDERICK & MIRABELLA, P.C. | |
| STREET ADDRESS<br>1737 S. NAPERVILLE ROAD, SUITE 100 | |
| CITY/STATE/ZIP<br>Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06255949 | TELEPHONE NUMBER<br>630/665-7300 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED
NOV - 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT