UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael Ehrhardt
                                Plaintiff,

v.                                                  Case No.: 1:07−cv−06246
                                                    Honorable Milton I. Shadur

Complete Mechanical Services
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2008:

    MINUTE entry before Judge Milton I. Shadur :Status hearing held on 1/11/2008.Status hearing set for 5/2/2008 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.