IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

MICHAEL EHRHARDT,                      )
                                       )
        PLAINTIFF,                     )
                                       )
VS.                                    )
                                       )
COMPLETE MECHANICAL SERVICES,          ) CIVIL ACTION NO. 07 CV 6246
                                       ) JUDGE: SHADUR
        DEFENDANT.                     )

## CERTIFICATE OF SERVICE

To:   Mr. Cornelius Riordan, Riordan, Donnelly, Lipinski & McKee, Ltd., 10 North Dearborn Street, Fourth Floor, Chicago, IL 60602

PLEASE TAKE NOTICE that on January 23, 2008, I served a true and correct copy of the following upon the above-addressed attorney via U.S. Mail:

1. Federal Rules of Civil Procedure Rule 26(a)(1), Initial Disclosures; and,
2. this Certificate of Service.

/S/ George S. Frederick
George S. Frederick

Subscribed and Sworn to before me
this 23rd day of January, 2008.

Notary Public

OFFICIAL SEAL
MELISSA M FORMENTI
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/12/08

Mirabella, Kincaid, Frederick & Mirabella, P.C. (58500)
Attorneys for Plaintiff
1737 S. Naperville Road, Suite 100
Wheaton, Illinois 60187
(630) 665-7300