IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL EHRHARDT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| COMPLETE MECHANICAL SERVICES, | ) | CIVIL ACTION NO. 07 CV 6246 |
| | ) | JUDGE: SHADUR |
| DEFENDANT. | ) | |

## CERTIFICATE OF SERVICE

To:    Ms. Regina Gaebel, Riordan, Donnelly, Lipinski & McKee, Ltd., 10 North Dearborn Street, Fourth Floor, Chicago, IL 60602

PLEASE TAKE NOTICE that on June 5, 2008, I served a true and correct copy of the following upon the above-addressed attorney via U.S. Mail:

1.    Second Updated Federal Rules of Civil Procedure Rule 26(a)(1), Initial Disclosures;
2.    and, this Certificate of Service.

/S/ George S. Frederick_____
George S. Frederick

Subscribed and Sworn to before me
this 5th day of June, 2008.

_____
Notary Public

Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorneys for Plaintiff
1737 S. Naperville Road, Suite 100
Wheaton, Illinois 60187
(630) 665-7300