IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHAEL EHRHARDT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| COMPLETE MECHANICAL SERVICES, | ) CIVIL ACTION NO. 07 CV 6246 |
| | ) JUDGE: SHADUR |
| DEFENDANT. | ) |

**CERTIFICATE OF SERVICE**

To:   Ms. Regina Gaebel, Riordan, Donnelly, Lipinski & McKee, Ltd., 10 North Dearborn Street, Fourth Floor, Chicago, IL 60602

PLEASE TAKE NOTICE that on July 17, 2008, I served a true and correct copy of the following upon the above-addressed attorney via U.S. Mail:

1. Second Request to Admit Facts or Genuineness of Documents;
2. and, this Certificate of Service.

/S/ George S. Frederick
George S. Frederick

Subscribed and Sworn to before me
this 17th day of July, 2008.

_____
Notary Public


Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorneys for Plaintiff
1737 S. Naperville Road, Suite 100
Wheaton, Illinois 60187
(630) 665-7300